**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Beejay DUDLEY, a.k.a. BJ,
Defendant–Appellant.**

**No. 14–10430
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 16, 2014.

Jason R. Coody, Terry Flynn, Stephen M. Kunz, Assistant U.S. Attorney, Pamela C. Marsh, U.S. Attorney's Office, Tallahassee, FL, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Beejay Dudley, Talladega, AL, pro se.

Before HULL, MARCUS and HILL, Circuit Judges.

PER CURIAM:

Richard A. Greenberg, counsel for Bee-Jay Dudley in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Dudley's convictions and sentences are **AFFIRMED.**